IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

First Judicial District of Pa
Juanita Kidd Stout Center
For Criminal Justice
Ste. 310B, 1301 Filbert St.
Philadelphia, PA 19107

DATE:      06-20-2024

RE:    Charles Alexander v. John Kerestes, Et. Al.
Civil Action No. 2015-6084
County Criminal No. CP-51-CR-1000871-1998

To the Clerk:

   The above captioned case has now been disposed of, and we are returning the State Court
Record which was ordered to this Court by United States Magistrate Judge Carol Sandra Moore
Wells on 04-05-2016.

Very truly yours,

*S/James F.G. Scheidt* for

Lenora Kashner Wittje
Deputy Clerk to Judge Paul S. Diamond

Encl.

cc: Clerk of Court for filing

------------------------------------------------------------------

Please sign and return this letter to ECF_Documents@paed.uscourts.gov as a receipt for the return of the
State Court.

SIGNATURE:

DATE:

Rev. (4/21)